# DISTRICT COURT CIVIL COVER SHEET

_CLARK_ County, Nevada

Case No. 2:20-cv-02281-JAD-NJK
(Assigned by Clerk's Office)

## I. Party Information (provide both home and mailing addresses if different)

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| Isaiah Neal<br>Po Box 30483<br>Las Vegas, NV 89173 | Barbara M. Barrett, Secretary, Dept of Air Force<br>1690 Air Force<br>Washington DC 20330-1670 |
| Attorney (name/address/phone): | Attorney (name/address/phone): |

## II. Nature of Controversy (please select the one most applicable filing type below)

### Civil Case Filing Types

**Real Property**

Landlord/Tenant
- [ ] Unlawful Detainer
- [ ] Other Landlord/Tenant

Title to Property
- [ ] Judicial Foreclosure
- [ ] Other Title to Property

Other Real Property
- [ ] Condemnation/Eminent Domain
- [ ] Other Real Property

**Torts**

Negligence
- [ ] Auto
- [ ] Premises Liability
- [ ] Other Negligence

Malpractice
- [ ] Medical/Dental
- [ ] Legal
- [ ] Accounting
- [ ] Other Malpractice

Other Torts
- [ ] Product Liability
- [ ] Intentional Misconduct
- [ ] Employment Tort
- [ ] Insurance Tort
- [ ] Other Tort

**Probate**

Probate (select case type and estate value)
- [ ] Summary Administration
- [ ] General Administration
- [ ] Special Administration
- [ ] Set Aside
- [ ] Trust/Conservatorship
- [ ] Other Probate

Estate Value
- [ ] Over $200,000
- [ ] Between $100,000 and $200,000
- [ ] Under $100,000 or Unknown
- [ ] Under $2,500

**Construction Defect & Contract**

Construction Defect
- [ ] Chapter 40
- [ ] Other Construction Defect

Contract Case
- [ ] Uniform Commercial Code
- [ ] Building and Construction
- [ ] Insurance Carrier
- [ ] Commercial Instrument
- [ ] Collection of Accounts
- [ ] Employment Contract
- [ ] Other Contract

**Judicial Review/Appeal**

Judicial Review
- [ ] Foreclosure Mediation Case
- [ ] Petition to Seal Records
- [ ] Mental Competency

Nevada State Agency Appeal
- [ ] Department of Motor Vehicle
- [ ] Worker's Compensation
- [ ] Other Nevada State Agency

Appeal Other
- [ ] Appeal from Lower Court
- [ ] Other Judicial Review/Appeal

**Civil Writ**

Civil Writ
- [ ] Writ of Habeas Corpus
- [ ] Writ of Mandamus
- [ ] Writ of Quo Warrant
- [ ] Writ of Prohibition
- [ ] Other Civil Writ

**Other Civil Filing**

Other Civil Filing
- [ ] Compromise of Minor's Claim
- [ ] Foreign Judgment
- [x] Other Civil Matters

_Business Court filings should be filed using the Business Court civil coversheet._

4/10/21
Date

_x Isaiah Neal_
Signature of initiating party or representative

_See other side for family-related case filings._

Nevada AOC - Research Statistics Unit
Pursuant to NRS 3.275

Form PA 201
Rev 3.1

1  Isaiah Neal
   (Name)
2  PO BOX 30483
   (Address)
3  LAS VEGAS, NV 89173
   (City, State, Zip)
4  _____
   (Telephone)
5  ☒ Plaintiff/ ☐ Defendant, Pro Se

## EIGHTH JUDICIAL DISTRICT COURT
## CLARK COUNTY, NEVADA

ISAIAH NEAL, Pro Se,

Plaintiff(s),

vs.

BARBARA M. BARRETT, SECRETARY
Dept. of the Air Force,

Defendant(s).

Case No.: 2:20-cv 02281-JAD-NJK
Dept. No.: _____

Date of Hearing: _____
Time of Hearing: _____

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the __2__ day of __February__, 20__21__, I placed a true and correct copy of the following document: SUMMONS IN A CIVIL ACTION AND COMPLAINT

in the United States Mail, with first-class postage prepaid, addressed to the following:

Barbara M Barret, Secretary
1690 Air Force Pentagon
Washington DC 20330-1670

Per NRS 53.045, I declare under penalty of perjury that the foregoing is true and correct.

_Isaiah Neal_ (signature)
ISAIAH NEAL (print name)
☐ Plaintiff/ ☐ Defendant, Pro Se

© 2009 Civil Law Self-Help Center
Clark County, Nevada

Page 1

