# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAIAH S. NEAL,<br><br>    Plaintiff,<br><br>v.<br><br>SECRETARY BARBARA M. BARRETT, et al.,<br><br>    Defendants. | Case No. 2:20-cv-02281-JAD-NJK<br><br>**ORDER** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff has not done so. *See* Docket. Accordingly, Plaintiff must file a certificate of interested parties no later than August 19, 2021.

    IT IS SO ORDERED.

    Dated: August 5, 2021

                                                                   Nancy J. Koppe<br>                                                                   United States Magistrate Judge