UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Isaiah S. Neal, <br><br>         Plaintiff <br><br> v. <br><br> Secretary Barbara M. Barrett, Department of the Air Force, et al., <br><br>         Defendants | Case No.: 2:20-cv-02281-JAD-NJK <br><br> **Order Granting Extension of Time** <br><br> [ECF Nos. 17, 19] |

Plaintiff Isaiah S. Neal asks for an additional 60 days to respond to the defendants' motion to dismiss.[1]  He argues that he requires this time to find counsel to assist him.[2]  Although the defendants do not oppose an extension of time, they contend that 60 days is unreasonably long.[3]

Because Neal is representing himself and needs additional time to prepare an appropriate response, I find good cause for some extension of the deadline.  But 60 days is too long, considering that Neal filed this case a year ago and has had that time to seek an attorney.  IT IS THEREFORE ORDERED that the motion to extend time **[ECF No. 19] is GRANTED in part. Neal's deadline to respond to the motion to dismiss** [ECF No. 17] **is extended** by 30 days **to January 5, 2022.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 9, 2021

---

[1] ECF No. 17.
[2] ECF No. 19.
[3] ECF No. 20.