# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAIAH S. NEAL,<br>    Plaintiff,<br>v.<br>BARBARA M. BARRET, et al.,<br>    Defendants. | Case No.: 2:20-cv-02281-JAD-NJK<br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than January 21, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: January 7, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1