# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ISAIAH S. NEAL,

    Plaintiff,

v.

BARBARA M. BARRETT,

    Defendant.

Case No.: 2:20-cv-02281-JAD-NJK

**Order**

    On January 21, 2022, Defendant filed a statement in lieu of a discovery plan. Docket No. 28. The Court **STRIKES** the statement as unnecessary, given the pending motion to stay discovery.[1]

    IT IS SO ORDERED.

    Dated: January 24, 2022

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] The Court expresses no opinion herein on the merits of the pending motion to stay discovery. Docket No. 26.

1