# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ISAIAH S NEAL,<br><br>    Plaintiff,<br><br>v.<br><br>SECRETARY BARBARA M. BARRETT, et al.,<br><br>    Defendants. | Case No.: 2:20-cv-02281-JAD-NJK<br><br>Order |

On February 1, 2022, the Court entered an order staying discovery in this case pending resolution of Defendants' motion to dismiss. Docket No. 31. The Court ordered the parties to file a joint proposed discovery plan within fourteen days of the resolution of the motion to dismiss, in the event it did not terminate the case. *Id.* at 2.

On June 10, 2022, Plaintiff filed an amended complaint and, on June 24, 2022, Defendant United States filed a motion to dismiss the amended complaint and a motion to stay discovery. Docket Nos. 33, 34, 35. The Court denied Defendant's motion to stay discovery on July 20, 2022. Docket No. 42. Despite that denial, the parties did not file a joint proposed discovery plan. In any event, Defendants' motion to dismiss was resolved on August 26, 2022, and the motion's resolution did not result in termination of the case. Docket No. 45. To date, the parties have not filed a joint proposed discovery plan. *See* Docket. The parties are hereby **ORDERED** to file, no later than December 9, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: December 2, 2022

                                                                                                         _____
                                                                                                         Nancy J. Koppe
                                                                                                         United States Magistrate Judge

1