UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISAIAH S. NEAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SECRETARY BARBARA M. BARRETT, et al,<br><br>　　　　Defendants. | Case No. 2:20-cv-02281-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 48] |

　　　　Pending before the Court is Defendants' proposed discovery plan. Docket No. 48. Proposed discovery plans must be submitted as a stipulation. Local Rule 26-1(a). Written stipulations must be signed by all parties or their attorneys. Local Rule 7-1(a). "[I]n cases in which the parties disagree on the form or contents of the discovery plan, a statement of each party's position on each point in dispute" must be included with the proposed discovery plan. Local Rule 26-1(a). Defendants' proposed discovery plan fails to include a statement of the disputed issues between the parties. *See* Docket No. 48. Additionally, Defendants' proposed discovery plan has not been signed by Plaintiff, *id.* at 3, and is therefore not a properly formatted stipulation.

　　　　Accordingly, Defendants' proposed discovery plan is **DENIED** without prejudice. A properly formatted joint proposed discovery plan must be submitted no later than December 23, 2022.

　　　　IT IS SO ORDERED.

　　　　Dated: December 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge