UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISAIAH S. NEAL,<br><br>    Plaintiff,<br><br>v.<br><br>SECRETARY BARBARA M. BARRETT, et al,<br><br>    Defendants. | Case No. 2:20-cv-02281-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 49] |

    Pending before the Court is Plaintiff's proposed discovery plan. Docket No. 49. Proposed discovery plans must be submitted as a stipulation. Local Rule 26-1(a). Written stipulations must be signed by all parties or their attorneys. Local Rule 7-1(a). Plaintiff's proposed discovery plan has not been signed by Defendants or Defendants' counsel, Docket No. 49 at 3, and is therefore not a properly formatted stipulation.

    Accordingly, Plaintiff's proposed discovery plan is **DENIED** without prejudice. Docket No. 49. A properly formatted joint proposed discovery plan must be submitted no later than December 23, 2022.

    IT IS SO ORDERED.

    Dated: December 13, 2022

                                              Nancy J. Koppe<br>                                              United States Magistrate Judge