# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ISAIAH S NEAL,

    Plaintiff,

v.

SECRETARY BARBARA M BARRETT, et al.,

    Defendants.

Case No. 2:20-cv-02281-JAD-NJK

**ORDER**

[Docket No. 58]

Pending before the Court is Defendants' motion to extend time to respond to Plaintiff's written discovery requests. Docket No. 58. No response has been filed and the time do so has now passed. *See* Docket.

Defendants' motion asks the Court to extend the deadlines to respond to Plaintiff's first set of interrogatories and Plaintiff's first set of requests for production of documents. Docket No. 58 at 3-4. Defendants seek to extend the deadline to respond to the set of interrogatories from March 6, 2023, to March 29, 2023. *Id.* at 4. They seek to extend the deadline to respond to the requests for production of documents from March 8, 2023, to March 31, 2023. *Id.*

Failure to respond to a motion constitutes consent to the granting of the motion. Local Rule 7-2(d). Accordingly, Defendants' motion to extend time to respond to Plaintiff's written discovery requests is **GRANTED**. Docket No. 58. Defendants must provide Plaintiff with responses to Plaintiff's first set of interrogatories no later than March 29, 2023, and must provide Plaintiff with responses to Plaintiff's first set of requests for production of documents no later than March 31, 2023.

IT IS SO ORDERED.

Dated: March 28, 2023

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge