AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Isaiah Neal,

            Plaintiff,

v.

Frank Kendall, et al.,

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-02281-JAD-NJK

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of the Defendants against Plaintiff.

1/30/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk